IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., | : <br> : <br> : |
| Plaintiffs, | : <br> : C.A. No. 06-381-UNA |
| v. | : <br> : |
| INQUIRA, INC., | : <br> : |
| Defendant. | : |

### RETURN OF SERVICE

PLEASE TAKE NOTICE that on June 13, 2006, an original summons and complaint were served upon the following entity by hand delivery:

>Inquira, Inc.
>c/o Corporation Service Company
>2711 Centerville Road, Suite 400
>Wilmington, DE 19808

A copy of the original summons and the return of service are attached hereto as Exhibit A.

Dated: June 14, 2006

                                                  */s/ David A. Felice*
                                        Sean J. Bellew (#4072)
                                        David A. Felice (#4090)
                                        Cozen O'Connor
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: 302.295.2000
                                        Facsimile: 302.295.2013
                                          *Attorneys for Plaintiffs*

# *<u>Exhibit A</u>*

WILMINGTON\35165\1186738.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., ) | C. A. No. _____06 - 381_____ |
| ) | |
| Plaintiffs, ) | **SUMMONS IN A CIVIL CASE** |
| ) | |
| v. ) | |
| ) | |
| INQUIRA, INC., ) | |
| ) | |
| Defendant. ) | |

**TO:**   Inquira, Inc.
c/o Corporation Service Company
2711 Centerville Road, Ste 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' COUNSEL

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware  19801
(302) 295-2000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **PETER T. DALLEO** | JUN 0 9 2006 |
| CLERK | DATE |

_Evette Watson_ (signature)
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/13/06 |
| NAME OF SERVER *(PRINT)* JOHN A GARBER | TITLE Process Server |
| *Check one box below to indicate appropriate method of service* | |

    ___ Served personally upon the third-party defendant. Place where served: _____

    ___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ___ Return unexecuted: _____

    ✓ Other (specify): PERSONALLY SERVED INQUIRA, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 2:45PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/13/06
             *Date*

             *Signature of Server*
             PARCELS INC
             230 N. MARKET ST, WILM DE 19801
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
WILMINGTON\35103\1