IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INQUIRA, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 06-381-JJF <br> : <br> : <br> : <br> : <br> : |

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS
### KNOVA SOFTWARE, INC. AND KANISA, INC.

Plaintiffs, Knova Software, Inc. ("Knova") and Kanisa, Inc. ("Kanisa"), by and through their undersigned counsel, hereby file this Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1.

Plaintiff Knova Software, Inc. is a publicly traded corporation. No publicly traded corporation holds more than 10% of Knova stock. Kanisa is a wholly-owned subsidiary of Knova.

Dated: June 27, 2006

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

Of Counsel:
Robert W. Hayes
James H. Heller
Terry Henry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

PHILADELPHIA\2631951\1186738.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on June 27, 2006, I did cause copies of the foregoing to be served on the following:

**Via First Class Mail**
Inquira, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

_____
David A. Felice (#4090)