IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-381-JJF |
| INQUIRA, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Inquira, Inc. to move, answer or otherwise plead in response to the Complaint is extended until August 3, 2006.

| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sean J. Bellew* | */s/ Rodger D. Smith II* |
| Sean J. Bellew (#4072) | Thomas C. Grimm (#1098) |
| David A. Felice (#4090) | Rodger D. Smith II (#3778) |
| 1201 N. Market Street, Suite 1400 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 295-2000 | Wilmington, DE 19899 |
| *Attorneys for Plaintiffs* | (302) 658-9200 |
| | *Attorneys for Defendant* |

SO ORDERED this ___ day of July 2006.

_____
United States District Court Judge