IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC. and          :
KANISA, INC.,                     :
                                  :
       Plaintiffs,                :
                                  :  C.A. No. 06-381-JJF
   v.                             :
                                  :
INQUIRA, INC.,                    :
                                  :
       Defendant.                 :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of Robert W. Hayes, Esquire and James H. Heller, Esquire to represent the plaintiffs, Knova Software, Inc. and Kanisa, Inc., in this matter.

Dated: July 26, 2006

                                      _____
                                      Sean J. Bellew (#4072)
                                      David A. Felice (#4090)
                                      Cozen O'Connor
                                      1201 N. Market Street, Suite 1400
                                      Wilmington, DE 19801
                                      Telephone: (302) 295-2000
                                      *Attorneys for Anthony J. Turek*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

                                                                                  _____
                                                                                  Robert W. Hayes, Esquire
                                                                                  COZEN O'CONNOR
                                                                                  1900 Market Street
                                                                                  Philadelphia, PA 19103
                                                                                  Telephone: (215) 665-2000

Dated: July 18, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

                                                          _____
                                                          James H. Heller, Esquire
                                                          COZEN O'CONNOR
                                                          1900 Market Street
                                                          Philadelphia, PA 19103
                                                          Telephone: (215) 665-2000

Dated: 7/19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>INQUIRA, INC.,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:   C.A. No. 06-381-JJF<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

On this _____ day of _____ 2006, it is hereby ORDERED that Robert W. Hayes, Esquire and James H. Heller, Esquire be admitted *pro hac vice* pursuant to Rule 83.5.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Rodger Dallery Smith, II, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899

        _____
        Sean J. Bellew (#4072)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: sbellew@cozen.com