IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-381 (JJF) ) ) |
| INQUIRA, INC., | ) ) |
| Defendants. | ) ) |

**DEFENDANT INQUIRA, INC.'S MOTION TO DISMISS PLAINTIFFS'
(1) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC
RELATIONSHIPS, (2) UNJUST ENRICHMENT, AND (3) UNFAIR
COMPETITION CLAIMS AS PREEMPTED BY FEDERAL PATENT LAW**

Defendant InQuira, Inc. hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' state law claims of tortious interference, unjust enrichment, and unfair competition as preempted by federal patent law. The bases for this motion are set forth in the Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant InQuira, Inc.*

2.

OF COUNSEL:

Thomas J. Friel, Jr.
Grant P. Fondo
Matthew J. Brigham
Iain R. Cunningham
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000

August 3, 2006
531533

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 3, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esquire
> COZEN O'CONNOR

I also certify that copies were caused to be served on August 3, 2006 upon the following in the manner indicated:

> **BY HAND**
>
> Sean J. Bellew, Esquire
> Cozen O'Connor
> 1201 N. Market Street
> Suite 1400
> Wilmington, DE  19801

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19801
> (302) 658-9200
> rsmith@mnat.com