IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC.  :  <br>  :  <br>Plaintiffs,  :  C.A. No. 06-381-JJF  <br>  :  <br>v.  :  Jury Trial Demanded  <br>  :  <br>INQUIRA, INC.,  :  <br>  :  <br>Defendants.  :  | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel, subject to the Court's approval, that the time for Plaintiffs, Knova Software, Inc. and Kanisa, Inc., to answer or otherwise respond to Defendant, Inquira, Inc.'s Second Motion to Dismiss, is extended up through and including **Monday, October 9, 2006.**

COZEN O'CONNOR

_____
Sean J. Bellew, Esquire (#4072)
David A. Felice (#4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
*Attorneys for Defendant*

SO ORDERED this \_\_\_ day of September 2006.

_____
Hon. Joseph J. Farnan
United States District Court Judge

WILMINGTON\36432\1186738.000