IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC.,<br><br>       Plaintiffs,<br><br>  v.<br><br>INQUIRA, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 06-381 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF LAW FIRM NAME TO**
**COOLEY GODWARD KRONISH LLP**

PLEASE TAKE NOTICE that effective October 1, 2006, the name of the law firm serving as of counsel of record for InQuira, Inc., formerly known as Cooley Godward LLP, has been changed to "Cooley Godward Kronish LLP." The addresses and telephone numbers of the firm will not change.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
   Attorneys for Defendant InQuira, Inc.

- 2 -

OF COUNSEL:

Thomas J. Friel, Jr.
Grant P. Fondo
Matthew J. Brigham
Iain R. Cunningham
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

October 6, 2006
540289

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on October 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esquire
> COZEN O'CONNOR

I also certify that copies were caused to be served on October 6, 2006 upon the following in the manner indicated:

### BY HAND

> Sean J. Bellew, Esquire
> Cozen O'Connor
> 1201 N. Market Street
> Suite 1400
> Wilmington, DE  19801

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19801
> (302) 658-9200
> rsmith@mnat.com