IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>INQUIRA, INC.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:　C.A. No. 06-381-JJF<br>:<br>:　Jury Trial Demanded<br>:<br>:<br>:<br>: |

## SECOND STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel, subject to the Court's approval, that the time for Plaintiffs, Knova Software, Inc. and Kanisa, Inc., to file their answering brief in opposition to Defendant, Inquira, Inc.'s Second Motion to Dismiss, is extended up through and including **Friday, October 13, 2006.**

_____
Sean J. Bellew, Esquire (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
*Attorneys for Plaintiffs*

/s/ Rodger D. Smith II
_____
Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
*Attorneys for Defendant*

SO ORDERED this ___ day of October, 2006.

_____
Hon. Joseph J. Farnan, Jr.
United States District Court Judge