IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-381-JJF |
| INQUIRA, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Inquira, Inc. to file its Reply Brief In Support Of Its Second Motion to Dismiss Plaintiffs' (1) Intentional Interference With Prospective Economic Relationships, (2) Unjust Enrichment and (3) Unfair Competition Claims As Preempted By Federal Patent Law (D.I. 12) is extended until October 25, 2006.

| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Sean J. Bellew | /s/ Rodger D. Smith II |
| Sean J. Bellew (#4072) | Thomas C. Grimm (#1098) |
| David A. Felice (#4090) | Rodger D. Smith II (#3778) |
| 1201 N. Market Street, Suite 1400 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 295-2000 | Wilmington, DE 19899 |
|   Attorneys for Plaintiffs | (302) 658-9200 |
| |   Attorneys for Defendant |

SO ORDERED this ___ day of October 2006.

_____
United States District Court Judge

542147