IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE INC. and KANISA INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-381-JJF |
| INQUIRA INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Defendant Inquira Inc. filed a Motion To Dismiss Plaintiffs' (1) Intentional Interference With Prospective Economic Relationships, (2) Unjust Enrichment, And (3) Unfair Competition Claims As Preempted By Federal Patent Law (D.I. 9);

WHEREAS, in response to the Motion To Dismiss, Plaintiffs filed an Amended Complaint;

WHEREAS, in light of the allegations of the Amended Complaint, Defendant then filed a Second Motion To Dismiss Plaintiffs' (1) Intentional Interference With Prospective Economic Relationships, (2) Unjust Enrichment, And (3) Unfair Competition Claims As Preempted By Federal Patent Law (D.I. 12), which is now fully briefed;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Dismiss Plaintiffs' (1) Intentional Interference With Prospective Economic Relationships, (2) Unjust Enrichment, And (3) Unfair Competition Claims As Preempted By Federal Patent Law (D.I. 9) is **DENIED** as moot in light of the Amended Complaint and

the pending Second Motion To Dismiss.

  October 30, 2006
      DATE                                   UNITED STATES DISTRICT JUDGE