IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC., and       :
KANISA, INC.,                   :
                                :
             Plaintiffs,        :
                                :
     v.                         :   Civil Action No. 06-381-JJF
                                :
INQUIRA, INC.,                  :
                                :
             Defendant.         :

### ORDER

At Wilmington, this 27th day of April 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1) Defendant's Motion To Dismiss (D.I. 12) is **GRANTED** with respect to Counts III and V of Plaintiffs' Amended Complaint, and **DENIED** with respect to Count IV;

2) Discovery on Count IV of Plaintiffs' Amended Complaint is **STAYED**;

3) Defendant will be permitted to renew the Motion To Dismiss with respect to Count IV of Plaintiffs' Amended Complaint at the close of discovery on Plaintiffs' remaining claims.

                    _____
                    UNITED STATES DISTRICT JUDGE