IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC. | : |
| Plaintiffs, | : C.A. No. 06-381-JJF |
| v. | : Jury Trial Demanded |
| INQUIRA, INC., | : |
| Defendants. | : |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel, subject to the Court's approval, that the time for Plaintiffs, Knova Software, Inc. and Kanisa, Inc., to answer or otherwise respond to *Defendant, Inquira, Inc.'s Answer to Amended Complaint and Counterclaims Against Plaintiffs Knova Software, Inc. and Kanisa, Inc.* [D.I. 23], is extended up through and including **Monday, June 11, 2007.**

| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sean J. Bellew* | */s/ Rodger D. Smith II* |
| Sean J. Bellew (#4072) | Thomas C. Grimm (#1098) |
| David A. Felice (#4090) | Rodger D. Smith II (#3778) |
| 1201 North Market Street, Suite 1400 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| Telephone: (302) 295-2026 | Wilmington, DE 19899 |
| *Attorneys for Plaintiffs* | Telephone: (302) 658-9200 |
| | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____ 2007.

_____
Hon. Joseph J. Farnan
United States District Court Judge

WILMINGTON\52898\1 186738.000