IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INQUIRA, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> :    C.A. No. 06-381-JJF <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sarah E. Davies, Esquire to represent the plaintiffs, Knova Software, Inc. and Kanisa, Inc., in this matter.

Dated: July 3, 2007

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
*Attorneys for Plaintiffs*

WILMINGTON\54195\1 186738.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 06-381-JJF |
| v. | : | |
| | : | |
| INQUIRA, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER GRANTING MOTION

On this _____ day of _____, 2007, it is hereby ORDERED that Sarah E. Davies, Esquire be admitted *pro hac vice* pursuant to Rule 83.5.

_____
United States District Judge

WILMINGTON\54195\1  186738.000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

                                                                      Sarah E. Davies, Esquire
                                                                      COZEN O'CONNOR
                                                                       1900 Market Street
                                                                       Philadelphia, PA 19103
                                                                       Telephone: (215) 665-2000

Dated: June 28, 2007

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Rodger Dallery Smith, II, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>_____
>Sean J. Bellew (#4072)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: sbellew@cozen.com