IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC. | : | |
| Plaintiffs | : | C.A. No. 06-381-JJF |
| | : | |
| v. | : | |
| | : | |
| INQUIRA, INC. | : | |
| Defendant | : | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 by September 7, 2007.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before March 31, 2008.

3. **Discovery.**

    a). Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be completed by November 30, 2007.

    b). Maximum of 35 interrogatories, including contention interrogatories, for each side.

    c). Maximum of 50 requests for admission by each side, excluding requests for admission seeking authentication of documents.

      d).    Maximum of 15 depositions by plaintiffs and 15 depositions by defendant, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a) is completed.  All fact discovery shall be completed by May 30, 2008.

      e).    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on issues for which the party bears the burden of proof must be served within thirty (30) days of the date the Court issues its claim construction ruling.  Rebuttal expert reports shall be served within thirty (30) days of the service of the opening expert reports.

      f).    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from the service of rebuttal reports, unless otherwise agreed in writing by the parties or ordered by the Court.

**4.    Non-Case Dispositive Motions.**

      a).    Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow or briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

      b).    At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

      c).    Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov

5.  **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before March 31, 2008.

6.  **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief within thirty days of the close expert discovery set forth in section 3(f).  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.  The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.  **Markman.**  A Markman hearing will be held on May __, 2008.  The parties shall exchange a list of proposed claim terms for construction by December 7, 2007.  The parties shall then meet and confer, telephonically or otherwise, to narrow the list of proposed claim terms which need to be construed by December 21, 2007.  The parties shall exchange preliminary proposed claim construction (and identification of supporting intrinsic and extrinsic evidence) for each term to be construed by January 25, 2008.  The parties shall again meet and confer, telephonically or otherwise, to possibly further reduce the number of terms for construction by February 18, 2008.  The parties shall file opening claim construction briefs by March 10, 2008.  The parties shall file responsive claim construction briefs by April 11, 2008.  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.  **Mediation.**  The parties agree to participate in a facilitative mediation.  The mediator will be selected by the parties.  The parties propose that the mediation take place on or before forty-five (45) days after the date the Court issues its claim construction ruling.

9.  **Applications by Motion.**

a).    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

b).    No facsimile transmissions will be accepted.

c).    No telephone calls shall be made to Chambers.

d).    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@deduscourts.gov.  The e-mail shall provide a short statement describing the emergency.

10.    **Pretrial Conference and Trial.**  After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____                    _____
           DATE                                                              UNITED STATES DISTRICT JUDGE

756302 v2/PA

4