IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INQUIRA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-381 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Inquira's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on September 10, 2007, upon the following as indicated:

**BY U.S. MAIL:**

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Center
1201 North Market Street
Suite 1400
Wilmington, DE 19801
sbellew@cozen.com

OF COUNSEL:

Thomas J. Friel, Jr.
Grant P. Fondo
Matthew J. Brigham
Iain R. Cunningham
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000

September 10, 2007
1229700.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
   Attorneys for Defendant InQuira, Inc.

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on September 10, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Sean J. Bellew, Esquire
>COZEN O'CONNOR

I also certify that copies were caused to be served on September 10, 2007, upon the following in the manner indicated:

>**BY HAND**
>
>Sean J. Bellew, Esquire
>Cozen O'Connor
>1201 N. Market Street
>Suite 1400
>Wilmington, DE  19801

>*/s/  Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE  19801
>(302) 658-9200
>rsmith@mnat.com