IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC. | : <br> : | |
| Plaintiffs | : | C.A. No. 06-381-JJF |
| | : | |
| v. | : | |
| | : | |
| INQUIRA, INC. | : | |
| Defendant | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of *Plaintiff's Pre-Discovery Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1) and District of Delaware Local Rule 16.2* were served upon the following parties on September 7, 2007 via prepaid, first-class mail:

Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Matthew J. Brigham, Esquire
Cooley Godward Kronish
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California  94306-2155


Dated:  September 10, 2007

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801
(302) 295-2000
  *Attorneys for Plaintiffs/Counterclaim
  Defendants, Knova Software, Inc. and
  Kanisa, Inc.*

Of Counsel:
Robert W. Hayes, Esq.
James H. Heller, Esq.
Sarah E. Davies, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Thomas C. Grimm (#1098)
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899

>*/s/ Sean J. Bellew*
>Sean J. Bellew (#4072)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>Email:  sbellew@cozen.com