IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>INQUIRA, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)    C.A. No. 06-381 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of Defendant Inquira, Inc.'s First Set of Interrogatories to Knova Software and Kanisa (Nos. 1-10) and Defendant Inquira, Inc.'s First Set of Requests for Production to Knova Software and Kanisa were caused to be served on October 30, 2007, upon the following as indicated:

**BY EMAIL AND HAND DELIVERY:**

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Center
1201 North Market Street
Suite 1400
Wilmington, DE  19801
sbellew@cozen.com

- 2 -

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Rodger D. Smith II (#3778)*

                              Thomas C. Grimm (#1098)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200

OF COUNSEL:                    rsmith@mnat.com
                                  Attorneys for Defendant InQuira, Inc.

Thomas J. Friel, Jr.
Grant P. Fondo
Matthew J. Brigham
Iain R. Cunningham
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

October 30, 2007
1229700.1

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 30, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esquire
> COZEN O'CONNOR

I also certify that copies were caused to be served on October 30, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Sean J. Bellew, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

*/s/ Rodger D. Smith II (#3778)*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com