IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC. : | |
| Plaintiffs, : | |
| v. : | C.A. No. 06-381-JJF |
| INQUIRA, INC., : | Jury Trial Demanded |
| Defendants. : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on November 8, 2007, Plaintiffs Knova Software, Inc. and Kanisa, Inc.'s First Request for Admissions to Defendant InQuira, Inc. were served upon the following counsel of record in the manner indicated:

*Hand Delivery*
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
Matthew J. Brigham, Esquire
Cooley Godward Kronish
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Attorneys for Plaintiffs/Counterclaim Defendants, Knova Software, Inc. and Kanisa, Inc.*

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Rodger D. Smith II, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Attorneys for Plaintiffs/Counterclaim Defendants, Knova Software, Inc. and Kanisa, Inc.*