IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC. and KANISA,    :
INC.    :
     :
      Plaintiffs,    :    C.A. No. 06-381-JJF
     :
   v.    :
     :
INQUIRA, INC.    :
     :
      Defendant.

## JOINT STIPULATION AND PROPOSED ORDER
## TO AMEND THE RULE 16 SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the Court's approval, that the following deadlines in the existing Rule 16 Scheduling Order (D.I. 29) shall be amended and supplemented as indicated:

1. Paragraph 3(a) of the Scheduling Order shall be amended to reflect that fact discovery with respect to the outstanding discovery requests listed below is extended through and including January 15, 2008.  In particular, the parties agree to the following deadlines:

    a) Plaintiffs' responses and objections to Defendant's First Set of Document Requests are due by December 17, 2007;

    b) Defendant's responses and objections to Plaintiffs' First Set of Document Requests are due by December 21, 2007;

    c) Plaintiffs' responses and objections to Defendant's First Set of Interrogatories are due by January 7, 2008;

    d) Defendant's responses and objections to Plaintiffs' First Set of Interrogatories and Requests for Admission are due by January 15, 2008;

    e) Plaintiffs will produce documents in response to Defendant's First Set of Document Requests on or before January 7, 2008; and

f)      Defendant will produce documents in response to Plaintiffs' First Set of Document Requests on or before January 11, 2008.

2.      Paragraph 7 of the Scheduling Order shall be amended as follows: the parties shall exchange a list of proposed claim terms for construction by January 18, 2008; the parties shall meet and confer, to narrow the list of proposed claim terms which need to be construed, by January 25, 2008; the parties shall exchange preliminary proposed claim construction (and identification of supporting intrinsic and extrinsic evidence) for each claim to be construed by February 8, 2008.

3.      All other dates set out in the Scheduling Order remain unchanged.

_David A. Felice_____          /s/ Thomas C. Grimm_____
Sean J. Bellew (#4072)                    Thomas C. Grimm (#1098)
David A. Felice (#4090)                   Rodger D. Smith II (#3778)
Chase Manhattan Centre                    Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1400      1201 N. Market Street
Wilmington, DE  19801                     P.O. Box 1347
(302) 295-2000                            Wilmington, DE  19899

        -and-                                     -and-

Of Counsel:                               Of Counsel:
Robert W. Hayes, Esq.                     Matthew J. Brigham
James H. Heller, Esq.                     Cooley Godward Kronish
Sarah E. Davies, Esq.                     Five Palo Alto Square
COZEN O'CONNOR                            3000 El Camino Real
1900 Market Street                        Palo Alto, California  94306-2155
Philadelphia, PA  19103
(215) 665-2000                            *Attorneys for Inquira, Inc.*

   *Attorneys for Knova Software, Inc. and
   Kanisa, Inc.*


        IT IS SO ORDERED this ___ day of _____, 2007.


                                          _____
                                          The Honorable Joseph J. Farnan, Jr.

WILMINGTON\71695\1  186738.000