IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC. | : |
| Plaintiffs, | : C.A. No. 06-381-JJF |
| v. | : |
| INQUIRA, INC. | : |
| Defendant. | : |

**JOINT STIPULATION AND PROPOSED ORDER
TO AMEND THE RULE 16 SCHEDULING ORDER**

The parties hereby stipulate and agree, subject to the Court's approval, that the following deadlines in the existing Rule 16 Scheduling Order (D.I. 29) shall be amended and supplemented as indicated:

1. Paragraph 3(a) of the Scheduling Order shall be amended to reflect that fact discovery with respect to the outstanding discovery requests listed below is extended through and including January 15, 2008. In particular, the parties agree to the following deadlines:

a) Plaintiffs' responses and objections to Defendant's First Set of Document Requests are due by December 17, 2007;

b) Defendant's responses and objections to Plaintiffs' First Set of Document Requests are due by December 21, 2007;

c) Plaintiffs' responses and objections to Defendant's First Set of Interrogatories are due by January 7, 2008;

d) Defendant's responses and objections to Plaintiffs' First Set of Interrogatories and Requests for Admission are due by January 15, 2008;

e) Plaintiffs will produce documents in response to Defendant's First Set of Document Requests on or before January 7, 2008; and

f) Defendant will produce documents in response to Plaintiffs' First Set of Document Requests on or before January 11, 2008.

2. Paragraph 7 of the Scheduling Order shall be amended as follows: the parties shall exchange a list of proposed claim terms for construction by January 18, 2008; the parties shall meet and confer, to narrow the list of proposed claim terms which need to be construed, by January 25, 2008; the parties shall exchange preliminary proposed claim construction (and identification of supporting intrinsic and extrinsic evidence) for each claim to be construed by February 8, 2008.

3. All other dates set out in the Scheduling Order remain unchanged.

|  |  |
|---|---|
| _____ | /s/ Thomas C. Grimm |
| Sean J. Bellew (#4072) | Thomas C. Grimm (#1098) |
| David A. Felice (#4090) | Rodger D. Smith II (#3778) |
| Chase Manhattan Centre | Morris, Nichols, Arsht & Tunnell LLP |
| 1201 North Market Street, Suite 1400 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 295-2000 | Wilmington, DE 19899 |
| -and- | -and- |
| Of Counsel: | Of Counsel: |
| Robert W. Hayes, Esq. | Matthew J. Brigham |
| James H. Heller, Esq. | Cooley Godward Kronish |
| Sarah E. Davies, Esq. | Five Palo Alto Square |
| COZEN O'CONNOR | 3000 El Camino Real |
| 1900 Market Street | Palo Alto, California 94306-2155 |
| Philadelphia, PA 19103 |  |
| (215) 665-2000 | *Attorneys for Inquira, Inc.* |
| *Attorneys for Knova Software, Inc. and Kanisa, Inc.* |  |

IT IS SO ORDERED this 4 day of December, 2007.

_____
The Honorable Joseph J. Farnan, Jr.

2