IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>INQUIRA, INC., <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 06-381 (JJF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

　　　　PLEASE TAKE NOTICE that copies of Defendant Inquira, Inc.'s Responses and Objections to Plaintiffs Knova Software, Inc. and Kanisa, Inc.'s First Request for Production of Documents were caused to be served on December 21, 2007, upon the following as indicated:

**BY EMAIL AND U.S. MAIL:**

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Center
1201 North Market Street
Suite 1400
Wilmington, DE  19801
sbellew@cozen.com

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Rodger D. Smith II* |
|  | Thomas C. Grimm (#1098) |
|  | Rodger D. Smith II (#3778) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
| OF COUNSEL: | rsmith@mnat.com |
|  | Attorneys for Defendant InQuira, Inc. |

OF COUNSEL:

Thomas J. Friel, Jr.
Grant P. Fondo
Matthew J. Brigham
Iain R. Cunningham
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

December 21, 2007
1229700.1

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on December 21, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esquire
> COZEN O'CONNOR

I also certify that copies were caused to be served on December 21, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Sean J. Bellew, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com