IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC. | : | |
| Plaintiffs, | : | C.A. No. 06-381-JJF |
| v. | : | Jury Trial Demanded |
| INQUIRA, INC., | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 7, 2008, true and correct copies of *Plaintiffs Knova Software, Inc. and Kanisa, Inc.'s Answers and Objections to Defendant Inquira, Inc.'s Interrogatories* were served upon the following counsel of record in the manner indicated:

<u>*Via Hand Delivery*</u>
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Dated: January 8, 2008

*/s/ David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
  *Attorneys for Plaintiffs/Counterclaim
  Defendants, Knova Software, Inc. and
  Kanisa, Inc.*

Of Counsel:
Robert W. Hayes, Esq.
James H. Heller, Esq.
Sarah E. Davies, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on January 8, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to the following counsel of record:

>Rodger D. Smith II
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899

>*/s/ David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>Email:  dfelice@cozen.com