IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INQUIRA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-381 (JJF) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of: (1) Defendant Inquira, Inc.'s Responses and Objections to Plaintiffs Knova Software, Inc. and Kanisa, Inc.'s First Request for Admissions; and (2) Defendant Inquira, Inc.'s Responses and Objections to Plaintiffs Knova Software, Inc. and Kanisa, Inc.'s First Set of Interrogatories were caused to be served on January 15, 2008, upon the following as indicated:

**BY EMAIL AND U.S. MAIL:**

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Center
1201 North Market Street, Suite 1400
Wilmington, DE 19801
sbellew@cozen.com

Robert W. Hayes, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
rhayes@cozen.com

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Rodger D. Smith II (#3778)* |
|  | Thomas C. Grimm (#1098)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200 |
| OF COUNSEL: | rsmith@mnat.com<br>   Attorneys for Defendant InQuira, Inc. |
| Thomas J. Friel, Jr.<br>Matthew J. Brigham<br>Iain R. Cunningham<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>(650) 843-5000 |  |
| January 15, 2008<br>1229700.1 |  |

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Sean J. Bellew, Esquire
>COZEN O'CONNOR

I also certify that copies were caused to be served on January 15, 2008, upon the following in the manner indicated:

>**BY E-MAIL AND HAND DELIVERY**
>
>Sean J. Bellew, Esquire
>Cozen O'Connor
>1201 N. Market Street
>Suite 1400
>Wilmington, DE 19801

>*/s/ Rodger D. Smith II (#3778)*
>
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>(302) 658-9200
>rsmith@mnat.com