IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC. and            :
KANISA, INC.,                       :
                                    :
            Plaintiffs,             :
                                    :        C.A. No. 06-381-JJF
        v.                          :
                                    :
INQUIRA, INC.,                      :
                                    :
            Defendant.              :

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves

the admission *pro hac vice* of Julie Merritt Pacaro, Esquire to represent the plaintiffs, Knova

Software, Inc. and Kanisa, Inc., in this matter.

Dated: January 22, 2008

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
*Attorneys for Knova Software, Inc.*
*and Kanisa, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Julie Merritt Pacaro, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

Dated: January 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC. and          :
KANISA, INC.,                     :
                                  :
            Plaintiffs,           :
                                  :        C.A. No. 06-381-JJF
      v.                          :
                                  :
INQUIRA, INC.,                    :
                                  :
            Defendant.            :

## **ORDER**

On this _____ day of _____ 2008, it is hereby ORDERED that

Julie Merritt Pacaro, Esquire be admitted *pro hac vice* pursuant to Rule 83.5.


_____

United States District Judge

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on January 22, 2008, I electronically filed the

foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to

the following counsel of record:

Rodger Dallery Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: sbellew@cozen.com