IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and | : | |
| KANISA, INC., | : | |
| Plaintiffs, | : | C.A. No. 06-381-JJF |
| v. | : | |
| | : | |
| INQUIRA, INC., | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

WHEREAS, plaintiffs, Knova Software, Inc. and Kanisa, Inc. ("Plaintiffs"), and defendant, InQuira, Inc. ("Defendant"), parties in the above-captioned action, have agreed upon the economic terms of a settlement subject to certain terms and conditions that must be finally negotiated and memorialized in a written settlement agreement;

WHEREAS, the parties are confident that they will execute a final settlement agreement within thirty days (30) and do not wish to incur the costs of continued litigation while they draft and negotiate the terms of this document.

WHEREAS, given the pretrial scheduling deadlines in this matter, the parties cannot cease pursuing this matter without failing to comply with the existing deadlines;

NOW, THEREFORE, it is hereby stipulated an agreed, subject to the approval of the Court, as follows:

1. The above-captioned action shall be stayed for thirty (30) days.

2. In the event this action is not dismissed within thirty (30) days, the stay shall be

lifted with all existing pretrial deadlines extended by thirty days.

| | |
|---|---|
| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ | /s/ |
| Sean J. Bellew (#4072)<br>David A. Felice (#4090)<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2000<br>*Attorneys for Plaintiffs* | Thomas C. Grimm (#1098)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Defendant* |

SO ORDERED this ___ day of March 2008.

_____
United States District Court Judge

2