IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE INC. and KANISA INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-381 JJF |
| INQUIRA INC., | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, on March 5, 2008, the Court entered the parties' Stipulation providing a thirty day stay (D.I. 43);

WHEREAS, the parties agreed in their stipulation that following the thirty day stay, the stay would be lifted with all pretrial deadlines extended by thirty days;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Stay ordered on March 5, 2008 is **LIFTED**;

2. The pretrial deadlines set in the August 14, 2007 Scheduling Order (D.I. 29) are extended thirty days, except:

   a. A **Markman Hearing** will be held on **June 4, 2008 at 3:00 PM**;

   b. A **Pretrial Conference** will be held on **October 1, 2008 at 12:30 PM.**

April 11, 2008

_____
UNITED STATES DISTRICT JUDGE