IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC., | : <br> : | |
| Plaintiffs, | : | C.A. No. 06-381-JJF |
| | : | |
| v. | : | |
| | : | |
| INQUIRA, INC., | : | |
| Defendant. | : | |

**STIPULATION TO ADOPT PART OF SETTLEMENT AGREEMENT AS ORDER OF THE COURT, TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) AND TO RETAIN JURISDICTION**

As the parties have entered into a definitive Settlement Agreement (that has been filed separately under seal because of its confidentiality provisions), providing, *inter alia*, for the Court to adopt as its Order the prohibitions and obligations imposed by paragraph 3 thereof, for the dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1), and for the Court to retain jurisdiction to enforce the terms of its Order and the Settlement Agreement, it is hereby stipulated and agreed to request that the Court enter an Order in the form of Exhibit "A" hereto.

Dated: April 18, 2008

| | |
|---|---|
| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | |
| */s/ Sean J. Bellew* | */s/ Rodger D. Smith, II* |
| Sean J. Bellew (#4072) | Rodger D. Smith, II (#3778) |
| David A. Felice (#4090) | 1201 N. Market Street |
| 1201 N. Market Street, Suite 1400 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 295-2000 | (302) 658-9200 |
| | |
| *Attorneys for Plaintiffs/Counterclaim Defendants, Knova Software, Inc. and Kanisa, Inc.* | *Attorneys for Defendant, Inquira, Inc.* |

# EXHIBIT A

Case 1:06-cv-00381-JJF    Document 45-2    Filed 04/18/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>INQUIRA, INC.,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-381-JJF |

## ORDER

AND NOW, this ____ day of April, 2008, in accordance with the Stipulation of counsel dated April 18, 2008 providing for the Court to adopt paragraph 3 of the parties' Settlement Agreement as its Order, to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and for the Court to retain jurisdiction to enforce this Order and the Settlement Agreement, it is hereby

ORDERED AND DECREED as follows:

1.　The prohibitions and obligations imposed by paragraph 3 of the Settlement Agreement between the parties (which has been filed under seal) are hereby adopted as a command of the Court applicable to defendant Inquira, Inc. and its officers, agents, servants, employees, attorneys and other persons who are in active concert or who participate with it and who receive actual notice of this Order by personal service or otherwise and shall comply with the provisions thereof;

2.　All claims and counterclaims asserted in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3.　The Court retains jurisdiction for purposes of enforcing this Order and the Settlement Agreement.

_____
UNITED STATES DISTRICT JUDGE