IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and<br>KANISA, INC. | : | |
| Plaintiffs, | : | C.A. No. 06-381-JJF |
| v. | : | Jury Trial Demanded |
| INQUIRA, INC., | : | |
| Defendants. | : | |

# DOCUMENT UNDER SEAL