IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOVA SOFTWARE, INC. and KANISA, INC., | : : | |
| Plaintiffs, | : : | C.A. No. 06-381-JJF |
| v. | : : | |
| INQUIRA, INC., | : : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 24 day of April, 2008, in accordance with the Stipulation of counsel dated April 18, 2008 providing for the Court to adopt paragraph 3 of the parties' Settlement Agreement as its Order, to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and for the Court to retain jurisdiction to enforce this Order and the Settlement Agreement, it is hereby

ORDERED AND DECREED as follows:

1. The prohibitions and obligations imposed by paragraph 3 of the Settlement Agreement between the parties (which has been filed under seal) are hereby adopted as a command of the Court applicable to defendant Inquira, Inc. and its officers, agents, servants, employees, attorneys and other persons who are in active concert or who participate with it and who receive actual notice of this Order by personal service or otherwise and shall comply with the provisions thereof;

2. All claims and counterclaims asserted in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3. The Court retains jurisdiction for purposes of enforcing this Order and the Settlement Agreement.

_____
UNITED STATES DISTRICT JUDGE