AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv381 | DATE FILED<br>6/9/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Knova Software, Inc. and Kanisa Inc. | | DEFENDANT<br>Inquira Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,711,858 | 3/23/2004 | Kanisa Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Order |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>5/29/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOVA SOFTWARE, INC. and
KANISA, INC.,
        Plaintiffs,

    v.

INQUIRA, INC.,
        Defendant.

C.A. No. 06-381-JJF

## ORDER

AND NOW, this 24 day of April, 2008, in accordance with the Stipulation of counsel dated April 18, 2008 providing for the Court to adopt paragraph 3 of the parties' Settlement Agreement as its Order, to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and for the Court to retain jurisdiction to enforce this Order and the Settlement Agreement, it is hereby

ORDERED AND DECREED as follows:

1. The prohibitions and obligations imposed by paragraph 3 of the Settlement Agreement between the parties (which has been filed under seal) are hereby adopted as a command of the Court applicable to defendant Inquira, Inc. and its officers, agents, servants, employees, attorneys and other persons who are in active concert or who participate with it and who receive actual notice of this Order by personal service or otherwise and shall comply with the provisions thereof;

2. All claims and counterclaims asserted in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3. The Court retains jurisdiction for purposes of enforcing this Order and the Settlement Agreement.

_____
UNITED STATES DISTRICT JUDGE